UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff | * | |
| | * | Case No. 02-CV-1138 (JFM) |
| v. | * | |
| | * | |
| 100 INVESTMENT LIMITED PARTNERSHIP, | * | |
| | * | |
| Defendant | * | |
| | * | |



**PRAECIPE REFLECTING DEFENDANT'S CONSENT
TO EXTENSION OF TIME TO FILE ANSWER TO COUNTERCLAIM**

**TO THE COURT:**

Plaintiff, Chicago Title Insurance Company ("Chicago Title"), by counsel, and pursuant to Fed. R. Civ. P. 6(b)(1) hereby notifies the Court that counsel for the Defendant, 100 Investment Limited Partnership, James E. Carbine, Esquire, has today granted his consent to an extension of time to and including June 4, 2002, for Chicago Title to file its answer or other response to the Defendant's Counterclaim. Chicago Title respectfully requests that the Court enter its Order approving this extension of time as so stipulated.

Respectfully Submitted,

Richard E. Hagerty, #05646
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4334
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2002, a copy of the foregoing was served via first class mail, postage prepaid, to the following parties:

James E. Carbine, Esq.
James E. Carbine, P.C.
111 South Calvert Street, Suite 2700
Baltimore, Maryland 21202
Counsel for Defendant

Richard E. Hagerty

SO ORDERED, this _____ day of May, 2002.


J. Frederick Motz
United States District Judge

164793_1.DOC