ORIGINAL

$50 FEE PAID
#7185853
FEE NOT PAID
(SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN -7 P 12:45

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | * |
| Plaintiff/Counterdefendant, | * |
| v. | * Case No. 02-CV-1138 (JFM) |
| 100 INVESTMENT LIMITED PARTNERSHIP, | * |
| Defendant/Counterplaintiff. | * |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard E. Hagerty, am a member in good standing of the bar of this Court. My bar number is 05646. I am moving the admission of Cathryn A. Le to appear *pro hac vice* in this case as counsel for Plaintiff/Counterdefendant, Chicago Title Insurance Company.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Court and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | November 1, 1999 |
| United States Court of Appeals for the Fourth Circuit | October 11, 2001 |
| United States District Court for the Eastern District of Virginia, Alexandria Division | November 30, 2001 |
| District of Columbia | June 3, 2002 |

2. During the twelve months immediately preceding this motion, the proposed admittee has never been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.**

Respectfully submitted,

MOVANT

_____
Richard E. Hagerty, #05646
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Telecopier: (703) 734-4340

PROPOSED ADMITTEE

_____
Cathryn A. Le, Esquire
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4334
Telecopier: (703) 734-4340

Prid 287956
Plid 116277

*******************************************************************************

# **ORDER**

☒ GRANTED          ☐ DENIED

_____June 7, 2002_____          _____[signature]_____
Date                                 United States District Judge