UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

June 10, 2002

Memo To Counsel Re: Chicago Title Insurance Company v. 100 Investment
Limited Partnership
Civil No. JFM-02-1138

Dear Counsel:

Thank you for your letter of June 4, 2002.

This will confirm that Rule 26(a)(1) disclosures need not be made in this case. I apologize for the confusion. I used the wrong form of order.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court file