IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | * | |
| v. | * | Civil No. JFM-02-1138 |
| 100 INVESTMENT LIMITED PARTNERSHIP | * | |

*****

ORDER

For the reasons stated on the record on August 26, 2002, it is, this 30th day of September 2002

ORDERED

1. Chicago Title Insurance Company's motion to dismiss or for summary judgment as to counts I, II, and III of the counterclaim and for summary judgment as to the complaint is denied; and

2. 100 Investment Limited Partnership's cross-motion for partial summary judgment is granted.

_____
J. Frederick Motz
United States District Judge

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

September 30, 2002

Memo To Counsel Re: Chicago Title Insurance Co. v. 100 Investment Limited
Partnership
Civil No. JFM-02-1138

Dear Counsel:

In reviewing my records, I realized I neglected to sign an order effecting the rulings I made at the conclusion of the hearing on August 26, 2002. I am today entering such an order.

Very truly yours,

J. Frederick Motz
United States District Judge