IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | |
| 100 INVESTMENT LIMITED PARTNERSHIP | * | |
| Defendant | * | |
| * * * * * * * | * | Civil Action No. JFM-02-CV-1138 |
| 100 INVESTMENT LIMITED PARTNERSHIP | | |
| | * | |
| Counter-Plaintiff | * | |
| v. | * | |
| CHICAGO TITLE INSURANCE COMPANY | * | |
| Counter-Defendant | * | |

* * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss Count IV (Negligence) of the Counter-claim filed by 100 Investment Limited Partnership, without prejudice.

_[signature]_
_____
Richard E. Hagerty
Bar No. 5646
Troutman Sanders ~~Mays & Valentine~~, LLP
Suite 600, 1660 International Drive
McLean, Virginia 22102
703-734-4326/Fax 703-734-4340
Attorney for Plaintiff
and Counter-Defendant


_[signature]_
_____
James E. Carbine
Bar No. 391
Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202
410-385-5300/FAX 410-385-5201
Attorney for Defendant
and Counter-Plaintiff


IT IS SO ORDERED this /s/ 15th day of November, 2002.

_____
United States District Judge
for J.F. Motz