IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | |
| 100 INVESTMENT LIMITED PARTNERSHIP | * | |
| Defendant | * | |
| * * * * * * * * | * | Civil Action No. JFM-02-CV-1138 |
| 100 INVESTMENT LIMITED PARTNERSHIP | * | |
| Counter-Plaintiff | * | |
| v. | * | |
| CHICAGO TITLE INSURANCE COMPANY | * | |
| Counter-Defendant | * | |

* * * * * * * * * * * * * *

**STIPULATION TO STAY EXECUTION ON JUDGMENT**

The parties, by and through their undersigned counsel, hereby stipulate and agree that execution on judgment and all proceedings in aid of execution be, and are hereby, stayed during the pendency of the appeal of the judgment entered herein.

_____
Richard E. Hagerty
Bar No. 5646
Troutman Sanders ~~Mays & Valentine,~~ LLP
Suite 600, 1660 International Drive
McLean, Virginia 22102
703-734-4326/Fax 703-734-4340
Attorney for Plaintiff
and Counter-Defendant


_____
James E. Carbine
Bar No. 391
Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202
410-385-5300/FAX 410-385-5201
Attorney for Defendant
and Counter-Plaintiff


IT IS SO ORDERED this _____ day of _____, 2002.

_____
United States District Judge