IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * |
| 100 INVESTMENT LIMITED PARTNERSHIP | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*    Civil Action No. JFM-02-CV-1138

| | |
|---|---|
| 100 INVESTMENT LIMITED PARTNERSHIP | |
| Counter-Plaintiff | * |
| | * |
| v. | * |
| CHICAGO TITLE INSURANCE COMPANY | * |
| Counter-Defendant | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO AMEND JUDGMENT**

Defendant and Counter-Plaintiff, 100 Investment Limited Partnership (the "Partnership"), by its attorney James E. Carbine, pursuant to Rule 58 of the Federal Rules of Civil Procedure, with the consent of Plaintiff, hereby moves this Court to amend the Final Judgment and Declaratory Decree entered in this action on November 18, 2002 ("Original Judgment"), and as cause therefore, states:

1. The Original Judgment provided in part for an award of compensatory damages in favor of the Partnership in the amount of $201,744.37 and an award of attorneys' fees in the amount of $64,123.29.

2. The Original Judgment also entitled the Partnership "to supplement the award from time to time for attorneys' fees and other litigation expenses reasonably incurred in connection with the prosecution of this litigation on and after November 1, 2002."

3. On January 22, 2004, the United States Court of Appeals for the Fourth Circuit affirmed the Original Judgment in part and reversed it in part, thereby requiring a reduction in the amount of compensatory damages and attorneys' fees awarded in the Original Judgment, to be consistent with the ruling of the Court of Appeals.

4. Further, the ruling of the Court of Appeals required a modification in the declaratory decree contained in the Original Judgment as well as the final disposition of the claims of the parties.

5. The parties have agreed to the allocation of damages required by the Court of Appeals ruling. As set forth on the stipulation which accompanies this motion, the total judgment in favor of Counter-Plaintiff is $30,000, with $15,729.16 being allocated to the compensatory damages judgment and the balance of $14,270.84 being allocated to the attorneys' fees award.

6. Counsel for Plaintiff has had the opportunity to review the attached Amended Final Judgment and Declaratory Decree and agrees that it accurately reflects the adjustments to the Original Judgment required by the Court of Appeals ruling.

WHEREFORE, Defendant and Counter-Plaintiff, 100 Investment Limited Partnership prays this Court to modify the Original Judgment in the manner set forth on the attached proposed Amended Final Judgment and Declaratory Decree.

        /s/
James E. Carbine
Bar No. 391
Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202
410-385-5300/FAX 410-385-5201

Attorney for Defendant
and Counter-Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2004, a copy of the foregoing Answer, Counterclaim and Jury Demand was mailed postage prepaid to Richard E. Hagerty, Troutman Sanders Mays & Valentine, LLP, Suite 600, 1660 International Drive, McLean, Virginia 22102, attorney for Plaintiff and Counter-Defendant.

        /s/
James E. Carbine