IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * |
| 100 INVESTMENT LIMITED PARTNERSHIP | * |
| Defendant | * |
| *  *  *  *  *  *  *  * | Civil Action No. JFM-02-CV-1138 |
| 100 INVESTMENT LIMITED PARTNERSHIP | |
| Counter-Plaintiff | * |
| v. | * |
| CHICAGO TITLE INSURANCE COMPANY | * |
| Counter-Defendant | * |
| *  *  *  *  *  *  *  *  *  *  *  *  * | |

**STIPULATION OF FACTS**

The parties, by and through their undersigned counsel, hereby stipulate and agree, for the purposes of this litigation only, that the following facts are true and correct and are admitted into evidence.

1. From April 3, 2002, through the conclusion of the litigation, 100 Investment Limited Partnership incurred attorney's fees in the amount of $13,977.50 and litigation expenses in the amount of $931.66 in connection with the defense of the lawsuit entitled, *Ahsan S. Khan, et al. v. 100 Investment Limited Partnership*, Case No.

100100013442002, which was tried to conclusion in the District Court of Maryland for Howard County ("Khan Litigation").  These fees and expenses were fair and reasonable.

        2.        100 Investment Limited Partnership is entitled to prejudgment interest in the amount of $820 (6% per annum from May 1, 2003 through March 31, 2004) on the above portion of the judgment.

        3.        From July 30, 2001, through the present 100 Investment Limited Partnership incurred attorney's fees and litigation expenses in the amount of $14,270.84 in connection with Count III of the coverage dispute between the parties which is the subject of this case.  These fees and expenses were fair and reasonable.

        /s/
Richard E. Hagerty
Bar No. 5646
Troutman Sanders Mays & Valentine, LLP
Suite 600, 1660 International Drive
McLean, Virginia 22102
703-734-4326/Fax 703-734-4340
Attorney for Plaintiff
and Counter-Defendant

        /s/
James E. Carbine
Bar No. 391
Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202
410-385-5300/FAX 410-385-5201
Attorney for Defendant
and Counter-Plaintiff