IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * |
| 100 INVESTMENT LIMITED PARTNERSHIP | * |
| Defendant | * |

* * * * * * * *   Civil Action No. JFM-02-CV-1138

| | |
|---|---|
| 100 INVESTMENT LIMITED PARTNERSHIP | |
| Counter-Plaintiff | * |
| v. | * |
| CHICAGO TITLE INSURANCE COMPANY | * |
| Counter-Defendant | * |

* * * * * * * * * * * * *

**ORDER OF SATISFACTION**

Madam Clerk:

Please enter the judgment in favor of 100 Investment Limited Partnership, the award of attorney's fees in favor of 100 Investment Limited Partnership and the judgment for costs in favor of Chicago Title Insurance Company, PAID and SATISFIED.

                                                                        /s/
                                        Richard E. Hagerty
                                        Bar No. 5646
                                        Troutman Sanders, LLP
                                        Suite 600, 1660 International Drive
                                        McLean, Virginia 22102
                                        703-734-4326/Fax 703-734-4340
                                        Attorney for Plaintiff
                                        and Counter-Defendant


                                                                        /s/
                                        James E. Carbine
                                        Bar No. 391
                                        Suite 2700
                                        111 South Calvert Street
                                        Baltimore, Maryland 21202
                                        410-385-5300/FAX 410-385-5201
                                        Attorney for Defendant
                                        and Counter-Plaintiff